| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK<br>-----------------------------------------------------------------x<br>  :<br>SUPREME SECURITY SYSTEMS INC.,    :<br>  :<br>  *Plaintiff*,    :<br>  :<br>  - against -    :<br>  :<br>SUPREME SECURITY SERVICES, INC.,    :<br>ROBERT MANNING, and GLENN CLAUSEN,    :<br>  :<br>  *Defendants*.    :<br>-----------------------------------------------------------------x | NOT FOR PUBLICATION<br><br>ORDER ADOPTING REPORT<br> AND RECOMMENDATION<br><br>08-CV-2084 (JG) (RML) |

JOHN GLEESON, United States District Judge:

   No objections having been filed to the Report and Recommendation ("R&R") filed by Judge Robert M. Levy on March 6, 2012, I adopt the R&R in full. Accordingly, the plaintiff Supreme Security Systems Inc. is awarded $108,479.46 from the defendants Supreme Security Services, Inc. and Robert Manning, consisting of $100,135.88 in disgorged profits, $7,800.00 in attorney's fees, and $543.58 in costs.

               So ordered.


               John Gleeson, U.S.D.J.


DATED:  March 30, 2012
      Brooklyn, New York