```
UNITED STATES DISTRICT COURT                    NOT FOR PUBLICATION
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
                                                :
SUPREME SECURITY SYSTEMS INC.,                  :
                                                :       ORDER ADOPTING REPORT
                                Plaintiff,      :        AND RECOMMENDATION
                                                :
            - against -                         :       08-CV-2084 (JG) (RML)
                                                :
SUPREME SECURITY SERVICES, INC.,                :
ROBERT MANNING, and GLENN CLAUSEN,              :
                                                :
                                Defendants.     :
----------------------------------------------------------------x
```

JOHN GLEESON, United States District Judge:

No objections having been filed to the Report and Recommendation ("R&R") filed by Judge Robert M. Levy on March 6, 2012, I adopt the R&R in full. Accordingly, the plaintiff Supreme Security Systems Inc. is awarded $108,479.46 from the defendants Supreme Security Services, Inc. and Robert Manning, consisting of $100,135.88 in disgorged profits, $7,800.00 in attorney's fees, and $543.58 in costs.

So ordered.

John Gleeson, U.S.D.J.

DATED: March 30, 2012
       Brooklyn, New York